# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Tracking Number<br>9505506586811235361720<br>postmarked August 23, 2021 | )<br>)<br>)  Case No. 3:21-MJ-318<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package 9505506586811235361720, addressed to 4841 Far Hills Ave Apt A1, Dayton, OH 45429-2370, with a return address that was not provided.

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances as well as materials and documents reflecting the distribution of controlled substances throught the U.S. Mails, including moeny and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substances |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substances |
| 21 USC 843(b) | Use of a communication facility to commit a felony drug offense |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brad Dorman*
Applicant's signature

Brad M. Dorman, U.S. Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

Date: August 25, 2021

City and state: Dayton, OH

Peter B. Silvain, Jr.
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL PACKAGE TRACKING NUMBER 9505506586811235361720 | Case No. 3:21-MJ-318 <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Brad M Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On August 25, 2021, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC).  The Package is a Medium Home Depot Box, bearing tracking number 9505506586811235361720, mailed from Post Office 90274, postmarked August 23, 2021, with the following address information:

**Sender**: "No Name Provided"
"No Address Provided"

**Addressee**: "No Name Provided"
4841 Far Hills Ave Apt A1
Dayton, OH 45429-2370

Through training and experience as a Postal Inspector, I know that Southern California is known drug source location.

4. I was unable to perform a check of the addressee information in CLEAR due to no name being provided.  CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information.

5. I was unable to perform a check of the sender information in CLEAR due to no name or address provided.

6. On August 25, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check.  Prior to conducting the "free air" check, I placed the Package in a room with multiple similar and like packages.  As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled

substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7.      Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) the lack of information provided of the sender and return address, (ii) the lack of information provided of the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested to search it for illegal controlled substances or the proceeds of drug trafficking activity.

Further, your affiant sayeth naught.

Respectfully submitted,

*Brad Dorman*

Brad M Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this __25th__ day of __August__, 2021.

Peter B. Silvain, Jr.
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **JEREMY STEWART**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**WESTON**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **08/25/2021**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**WESTON**" did alert to and indicate upon: [describe item]

USPS Priority Mail Tracking # 9505 5065 8681 1235 3617 20

| | | |
|---|---|---|
| TO: | "No Name Provided" | FROM: "No Name Provided" |
| | 4841 Far Hills Ave Apt A1 | "No Address Provided" |
| | Dayton, OH 45429-2370 | |

Which, based upon my training and experience and that of "**WESTON**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ / 2894 0 / 8-25-21
(Signature, Badge #, and Date)

_____ 8/25/2021
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009